**Motion Denied; Order filed November 6, 2015.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00644-CV

————————

## IN THE INTEREST OF M.G., B.G., S.G., AND A.Z., CHILDREN

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. CCL-7739**

## ORDER

Appellants are represented by appointed counsel, Joshua Clover and Mary Hennessy. Appellants' briefs were originally due October 5, 2015. We have granted a total of 35 days to file appellant's brief until November 9, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. On November 5, 2015, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed.

*See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines. We deny the request for extension and issue the following order.

We order Joshua Clover and Mary Hennessy to file briefs with the clerk of this court on or before November 16, 2015. If counsel do not timely file appellants' briefs as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Jamison, Donovan, and Brown